IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DENNIS MICHAEL MINTUN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-06-139-S-BLW |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| RANDY BLADES, LARRY HYNES, MONICA FORD, R. SIEBERT, PAUL TORREZ, JO ELLIOT BLAKESLEE, PRISON HEALTH SERVICES, DAVID HAAS, STEVE SHERBONDY, and CORRECTIONAL MEDICAL SERVICES, | ) | |
| Defendants. | ) | |
| RANDY BLADES, MONICA FORD, and DAVID HAAS, | ) | |
| Cross-Claimants, | ) | |
| vs. | ) | |
| PRISON HEALTH SERVICES, | ) | |
| Cross-Claim Defendant. | ) | |

The Court earlier entered Orders (1) dismissing Plaintiff's claims against all Defendants with prejudice and (2) granting summary judgment in favor of the Idaho Department of Correction Defendants on their cross-claim against Defendant Prison

**JUDGMENT -1**

Health Services. Based upon those Orders, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that this entire case is DISMISSED with prejudice.

DATED: **January 30, 2009**

*/s/ B. Lynn Winmill*
B. LYNN WINMILL
Chief Judge
United States District Court

**JUDGMENT - 2**